**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| **IN RE:  Angela Kelly Jones** | **CHAPTER 7** |
|---|---|
| **Voluntary Petition - No creditors filed in case** | **CASE NO.  13-71420** |

**O R D E R**

The above-captioned matter is deficient in the following area(s):

____ The filing fee has not been paid in the amount of  $.  Cases filed electronically are to be paid by debit or credit card.  Cases filed *pro se* must be paid by cash, cashier's check or money order only, payable to Clerk, U.S. Bankruptcy Court, or motion for extension of time to pay same pursuant to BR 1006.

____ The administrative notice fee has not been paid in the amount of Forty Six Dollars ($46.00). Cases filed electronically are to be paid by debit or credit card.  Cases filed *pro se* must be paid by cash, cashier's check or money order only, payable to Clerk, U.S. Bankruptcy Court.

____ The attorney's name does not appear on the rolls as having been admitted to practice before this Court.  If non-resident counsel, you must associate with local counsel within **fourteen (14) days** and file with the Clerk evidence thereof and notice of entry as counsel of record pursuant to Local Rule 2090-1.

____ The petition was filed without the appropriate signatures of the debtor(s).

 XX   Creditors have not been uploaded into the electronic case filing system as required by Local Rule 1007-2.  Adding creditors after the petition has been filed is considered an amendment. An amendment requires the filing of the official amendment form, payment of the amendment fee of Thirty dollars ($30.00), and certification that the attorney has mailed the §341 meeting notice to all creditors.

____ Pro Se Debtors: A Mailing Matrix has not been filed with the petition in accordance with Local Rule 1007-2.  A matrix form filed after the petition is considered an amendment, and the amendment form, $30.00 filing fee, and certification that the §341 meeting notice has been mailed to all creditors is required.

____ Petition filed on behalf of a corporation **must** be filed by counsel.

It is accordingly

**O R D E R E D**

that failure to cure said deficiency(ies) within fourteen (14) days from this date, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies),  may result in dismissal of the case without further notice or hearing.  The pleading which is the subject of the deficiency referenced above is deemed lodged with the Court and the Clerk is directed to take no further action with respect to it pending curing of the deficiency or dismissal of the case.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); filing party, trustee, and other parties as may be appropriate.

Entered:   09/03/2013

_William F. Stone, Jr._
**WILLIAM F. STONE, JUDGE**

dropdedDisS.frm