**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Roanoke Division**

| | |
|---|---|
| **In re: Angela Kelly Jones** | **CASE NO. 13–71420** |
| **Debtor(s)** | **CHAPTER 7** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within fourteen (14) days after filing of same or such extended time as may be granted upon proper application made within said fourteen (14) days period, and the estate be closed. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 9/17/13

_____
WILLIAM F STONE JR., JUDGE

van02.jsp

```
                          United States Bankruptcy Court
                           Western District of Virginia
```

In re:                                                              Case No. 13-71420-wfs
Angela Kelly Jones                                                  Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0423-7        User: obriens              Page 1 of 1             Date Rcvd: Sep 17, 2013
                            Form ID: van02             Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2013.
db         +Angela Kelly Jones,    543 Haley Lane,    Catawba, VA 24070-5695
3835982    +Carilion Clinic,    PO Box 824579,    Philadelphia, PA 19182-4579
3835983    +Cox Cable,   5400 Fallowater Lane,    Roanoke, VA 24018-0906
3835984    +Creditors Collection Service,    Centra Health,    PO Box 21504,    Roanoke, VA 24018-0152
3835985    +F&W Management,    PO Boc 20809,    Roanoke, VA 24018-0525
3835986    +Garvice Jones,    543 Harley Lane,    Catawba, VA 24070-5695
3835987    +Glasser And Glasser,    PO Box 3400,    Norfolk, VA 23514-3400
3835988    +James W. Sublett, III, Esq.,    Cooley Sublett, PLC,    2965 Colonade DR, #200,
             Roanoke, VA 24018-3560
3835989    +Joan Landolt,   16 Walnut Ave SW,    Roanoke, VA 24016-4719
3835990    +Lewis Gale Physicians,    1802 Braeburn Drive,    Salem, VA 24153-7399
3835991    +Medco,   PO Box 6530,    Cincinnato, OH 45201-6530
3835992    +Plaza Recovery, Inc,    PO Box 2769,    New York, NY 10116-2769
3835995    +SCA Credit SErvices Inc,    PO Box 13945,    Roanoke, VA 24038-3945
3835998    +US Department Of Education,    PO Box 20809,    Atlanta, GA 30320-0809
3835999    +VCS, Inc,   16 Walnut Avenue,    Roanoke, VA 24016-4719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3835979     +EDI: AFNIRECOVERY.COM Sep 17 2013 22:08:00     AFNI Inc,    PO Box 3427,
             Bloomington, IL 61702-3427
3835980     +EDI: CCS.COM Sep 17 2013 22:09:00     Allstate Texas Lloyds Co,    PO Box 55126,
             Boston, MA 02205-5126
3835981     +EDI: CAPITALONE.COM Sep 17 2013 22:08:00     Capital One,    PO Box 71083,
             Charlotte, NC 28272-1083
3835993     +E-mail/Text: ashinn@pcahealth.net Sep 17 2013 22:10:47     Primary Care Associates,    PO Box 1568,
             Salem, VA 24153-0020
3835994     +EDI: SALMAESERVICING.COM Sep 17 2013 22:08:00     Sallie Mae,    PO Box 9500,
             Wilkes Barre, PA 18773-9500
3835996     +E-mail/Text: MGILLEN@TOWNECRAFT.COM Sep 17 2013 22:12:04     Townecraft Credit Corp,
             One De Boer Drive,    Glen Rock, NJ 07452-3318
3835997     +EDI: USCELLULAR.COM Sep 17 2013 22:08:00     U.S. Cellular,    PO Box 371345,
             Pittsburgh, PA 15250-7345
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2013                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2013 at the address(es) listed below:
              George I Vogel(74)    VA16@ecfcbis.com;kbrown@vogelandcromwell.com
              Marjorie L. Wall    on behalf of Debtor Angela Kelly Jones marcie@mwall-law.com,
               marciewall57@me.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                              TOTAL: 3
```